```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 12063
   CHRISTEL JOHNSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3039


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/31/2005 and was confirmed 06/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  93.78% from remaining funds.

     The case was dismissed after confirmation 04/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
BAY AUTO                   SECURED             1275.00       62.59        1275.00
BAY AUTO                   UNSECURED           1041.00         .00         309.26
INTERNAL REVENUE SERVICE   PRIORITY          NOT FILED         .00            .00
ACCESS COMMUNITY HEALTH    UNSECURED         NOT FILED         .00            .00
BRIGHTER VISION            UNSECURED         NOT FILED         .00            .00
COLLECTION                 UNSECURED         NOT FILED         .00            .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED         .00            .00
CONSOLIDATED PUBLIC SERV   UNSECURED         NOT FILED         .00            .00
E R SOLUTIONS INC          UNSECURED         NOT FILED         .00            .00
EVERGREEN FINANCE          UNSECURED         NOT FILED         .00            .00
FCNB MSTR TS               UNSECURED         NOT FILED         .00            .00
G C SERVICES .             UNSECURED         NOT FILED         .00            .00
MCI COMMUNICATIONS         NOTICE ONLY       NOT FILED         .00            .00
MXENERGY                   UNSECURED         NOT FILED         .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED         NOT FILED         .00            .00
AT & T BANKRUPCTY          NOTICE ONLY       NOT FILED         .00            .00
NICOR GAS                  UNSECURED            791.88         .00         235.26
REVENUE CYCLE SOLUTIONS    UNSECURED         NOT FILED         .00            .00
REVENUE CYCLE SOLUTIONS    UNSECURED         NOT FILED         .00            .00
RIVER AUTO GROUP LTD       UNSECURED         NOT FILED         .00            .00
RMI/MCSI                   UNSECURED         NOT FILED         .00            .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED         .00            .00
COLLECTION BUREAU OF AME   NOTICE ONLY       NOT FILED         .00            .00
SKO BRENNER AMERICAN INC   UNSECURED         NOT FILED         .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED            357.88         .00         106.32
CAVALRY PORTFOLIO SERVIC   UNSECURED            579.38         .00         172.12
TRIAD FINANCIAL CORP       FILED LATE          6700.54         .00            .00
UNITED RESOURCE SYSTEMS    UNSECURED         NOT FILED         .00            .00
VILLAGE OF PARK FOREST     UNSECURED         NOT FILED         .00            .00
Z-TEL COMMUNICATIONS INC   UNSECURED         NOT FILED         .00            .00
TRIAD FINANCIAL CORP       SECURED NOT I         .00           .00            .00
TRIAD FINANCIAL CORP       NOTICE ONLY       NOT FILED         .00            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 12063 CHRISTEL JOHNSON
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,975.20                        2,205.21
TOM VAUGHN                TRUSTEE                                          231.74
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     4,597.50

PRIORITY                                                  .00
SECURED                                              1,275.00
    INTEREST                                            62.59
UNSECURED                                              822.96
ADMINISTRATIVE                                       2,205.21
TRUSTEE COMPENSATION                                   231.74
DEBTOR REFUND                                             .00
                          ---------------      ---------------
TOTALS                      4,597.50                 4,597.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 07/22/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE